UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| TRAVIS GLANTON,<br><br>               Plaintiff<br><br>vs.<br><br>CRUSE PAVING, INC.<br><br>               Defendant | CIVIL ACTION FILE<br><br>NO. 3:10-cv-66-WBH |

## J U D G M E N T

This action having come before the court, Honorable Willis B. Hunt, Jr., United States District Judge, for consideration, and the court having ruled on Plaintiff's failure to prosecute pursuant to L.R.41.3A(2) (N.D. Ga.), it is

**Ordered and Adjudged** that the action be and the same hereby, is dismissed without prejudice.

Dated at Newnan, Georgia, this 21st day of March, 2011.

                                            JAMES N. HATTEN
                                            CLERK OF COURT

                                        By:   s/Robin Harlan
                                                      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 21, 2011
James N. Hatten
Clerk of Court

By:  s/Robin Harlan
       Deputy Clerk